UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALBERTO BLAS SANDOVAL, | No. 2:26-cv-00679-DJC-SCR |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, | A# 245-807-215 |
| Respondent. | |

On March 5, 2026, the Court ordered that Petitioner be immediately released from Respondent's custody.  (ECF No. 8.)  Based on information received by the Court on March 17, 2026, the Court subsequently ordered Respondent to show cause why the Court should not find Respondent in contempt for failing to release Petitioner as ordered.  (ECF No. 11.)  Respondent has now responded and confirmed that Petitioner was not released until the evening of March 17, 2026, following the Court's order to show cause.  (ECF Nos. 12, 13.)

Based on the representations in the response provided, the order to show cause is discharged and the Court will not make a finding of contempt at this time. Nevertheless, the substantial delay in releasing Petitioner is a source of serious concern.  While the Court appreciates that a release order triggers an administrative process, the Court expects that process to be measured in hours, not days.  It appears

1

that Respondent's counsel made reasonable and appropriate efforts to transmit the Order to the appropriate parties so that Petitioner was released as ordered.  But it is clear that this step was not effective in ensuring Petitioner's release.  The Court has thus far not required status reports in similar cases to confirm compliance with its orders.  But should the Court see issues of repeated noncompliance, it may be forced to require status reports in all future cases.

Accordingly, IT IS HEREBY ORDERED that the Court's Order to Show Cause (ECF No. 11) is DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 18, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2